Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-5368RBL |
| Plaintiff, | ) ) | ORDER GRANTING GOVERNMENT'S MOTION REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE |
| v. | ) ) | |
| FRANCISCO RUBIO-PEREZ, | ) ) | |
| Defendant. | ) ) ) | |

Having reviewed the Government's Motion for an Order Regarding Francisco Rubio-Perez's Waiver of His Attorney-Client Privilege, and based upon the reasons set forth in that Motion,

IT IS HEREBY ORDERED that Defendant Rubio-Perez, by raising issues related to his legal representation in the context of his motion to withdraw his guilty plea, has waived his attorney-client privilege for the purpose of litigating that motion. Accordingly, Rubio-Perez's former attorney, Phil I. Brennan, is hereby authorized to provide evidence of his conversations with Rubio-Perez (including otherwise privileged legal conversations), and is hereby ORDERED to testify at the evidentiary hearing in this matter.

[PROPOSED] ORDER GRANTING MOTION RE PRIVILEGE WAIVER
(Rubio-Perez, CR07-5368RBL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1     IT IS FURTHER ORDERED that, absent further orders from this Court, the
2 evidence provided pursuant to this Order shall be used solely for the purpose of litigating
3 Rubio-Perez's motion to withdraw his guilty plea, and shall not be admissible against
4 Rubio-Perez in any other proceeding, including at any trial in this case.  This Order shall
5 remain in effect even after the Court has rule on the motion to withdraw.  Both parties
6 retain the right to apply to the Court for modification of this Order.
7     DONE this 29th day of May, 2008.

                                                    RONALD B. LEIGHTON
                                                    UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

[PROPOSED] ORDER GRANTING MOTION RE PRIVILEGE WAIVER
(Rubio-Perez, CR07-5368RBL) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800